Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN THE MATTER OF THE SEIZURE OF: | No. **2:22-mc-00060-SKV** |
|---|---|
| Apple iPhone 11, Apple iPad, Apple MacBook Pro, SanDisk branded 16GB thumb drive, and Unbranded USB 3.0 thumb drive | MOTION TO SEAL SEIZURE WARRANT AND RELATED MATERIALS |
| | **(FILED UNDER SEAL)** |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Martha A. Paluch, Assistant United States Attorney for the District of Colorado, who was conditionally admitted and qualified to practice as an attorney in the Western District of Washington as of June 24, 2022, respectfully requests that this Seizure Warrant, Application for Seizure Warrant, and related documents in this matter, including this Motion and its attendant Order, be sealed pending further order of the Court to protect the ongoing criminal investigation. The United States of America further respectfully requests that notwithstanding the requested sealing order, the Government retain the authority to produce the materials subject to this Court's sealing order as part of its discovery obligations in a criminal case.

Federal courts are empowered to seal documents in appropriate circumstances. *Cf.* Fed. R. Crim. P. 6(e)(4) (sealing of indictments). It is well-settled that federal courts have inherent authority to control papers filed with the court, *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003), including the power to seal affidavits filed with

Motion for Sealing Order – Search Warrant - 1
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 seizure warrants in appropriate circumstances.  In *Times Mirror Company v. United*
2 *States*, 873 F.2d 1210 (9th Cir. 1989), the Court recognized that "information disclosed to
3 the magistrate in support of the warrant request is entitled to the same confidentiality
4 accorded other aspects of the criminal investigation." *Id.* at 1214.  This inherent power
5 may appropriately be exercised when disclosure of the affidavit would disclose facts that
6 would interfere with an ongoing criminal investigation.  *Cf. United States v. Napier*, 436
7 F.3d 1133, 1136 (9th Cir. 2006) (noting that a sealed search warrant protects the
8 "government's interest in maintaining [the] integrity of ongoing criminal investigations
9 and ensuring the safety of the informant").

In support of this request, the government states that these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Specifically, the two individuals identified as Conspirator 1 and 2 in the Indictment returned in this case, Case No. 22-cr-00202-RM in the District of Colorado, have not been charged.  If they learn of the instant motion, it may cause them to flee thereby rendering their apprehension more difficult.

Therefore, the United States of America respectfully requests that the documents in this case be sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrant was issued, and specifically, a charging document relating to Conspirator 1 and 2; (b) two weeks following the closure of the investigation for which the warrant was issued; or (c) sixteen

//

//

//

Motion for Sealing Order – Search Warrant - 2
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of the Order.

DATED this 12th day of July, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*/s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
Chief, Economic Crimes
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0353
Martha.paluch@usdoj.gov

Motion for Sealing Order – Search Warrant - 3
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
|   | Magistrate Judge S. Kate Vaughan |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>Apple iPhone 11, Apple iPad, Apple MacBook Pro, SanDisk branded 16GB thumb drive, and Unbranded USB 3.0 thumb drive | No. **2:22-mc-00060-SKV**<br><br>ORDER SEALING SEIZURE WARRANT AND RELATED MATERIALS<br><br>**(FILED UNDER SEAL)** |

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the seizure warrant, seizure warrant return, application and affidavit in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrant was issued, and specifically, a charging document relating to Conspirator 1 and 2; (b) two weeks following the closure of the investigation for which the warrant was issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order.  Nothing in this Order is intended to create or supersede any other applicable obligation under law.

Motion for Sealing Order – Search Warrant - 1
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

IT IS FURTHER ORDERED, that on or before the earliest of the dates specified above, the government shall file a motion in which it either (1) provides good cause for a further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order of this Court to unseal this warrant and all related documents, including the motion and order to seal the same. In the event the government fails to file the motion required by this Order on or before the earliest of the three triggering events, and the Court has not otherwise extended the sealing period following a showing of good cause by the government, the Clerk of Court shall unseal this warrant and all related documents without further order of the Court.

IT IS SO ORDERED.

DATED this __13th__ day of July, 2022.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
Chief, Economic Crimes
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0353
Martha.paluch@usdoj.gov

Motion for Sealing Order – Search Warrant - 2
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970