Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN THE MATTER OF THE SEIZURE OF:<br><br>Apple iPhone 11, Apple iPad, Apple MacBook Pro, SanDisk branded 16GB thumb drive, and Unbranded USB 3.0 thumb drive | No. **2:22-mc-00060-SKV**<br><br>ORDER SEALING SEIZURE WARRANT AND RELATED MATERIALS<br><br>**(FILED UNDER SEAL)** |
|---|---|

Based upon the motion of the United States, and the representations made therein, and good cause having been show:

IT IS HEREBY ORDERED that the seizure warrant, seizure warrant return, application and affidavit in support of the same, and all attachments in this matter, along with this motion and order, shall be sealed and shall remain sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrant was issued, and specifically, a charging document relating to Conspirator 1 and 2; (b) two weeks following the closure of the investigation for which the warrant was issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension of this Order. Nothing in this Order is intended to create or supersede any other applicable obligation under law.

Motion for Sealing Order – Search Warrant - 1
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED, that on or before the earliest of the dates specified above, the government shall file a motion in which it either (1) provides good cause for a further order of this Court permitting these documents to remain under seal for an additional period of time, or (2) requests an order of this Court to unseal this warrant and all related documents, including the motion and order to seal the same. In the event the government fails to file the motion required by this Order on or before the earliest of the three triggering events, and the Court has not otherwise extended the sealing period following a showing of good cause by the government, the Clerk of Court shall unseal this warrant and all related documents without further order of the Court.

IT IS SO ORDERED.

DATED this __13th__ day of July, 2022.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

*/s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney
Chief, Economic Crimes
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0353
Martha.paluch@usdoj.gov

Motion for Sealing Order – Search Warrant - 2
USAO # 2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970