# UNITED STATES DISTRICT COURT
for the
Western District of Washington



CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Apple iPhone 11, Apple iPad, Apple MacBook Pro,<br>SanDisk branded 16GB thumb drive, and Unbranded USB<br>3.0 thumb drive more fully described in Attachment B. | Case No.  2:22-mc-00060-SKV |

## SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the seizure of the following person or property located in the     __Western__     District of     __Washington__
*(identify the person or describe the property to be searched and give its location)*:

Subject Devices located at the office of Homeland Security Investigations, Blaine, Washington, located at 1380 Commerce Place, Ferndale, Washington, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for List of Subject Devices to be Seized

**YOU ARE COMMANDED** to execute this warrant on or before     __7/26/2022__     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     __any U.S. Magistrate Judge in this district__    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    __7/13/2022 at 9:55 a.m.__                     __S. Kate Vaughan__
                                                                              *Judge's signature*

City and state:     Seattle, Washington                                 S. Kate Vaughan, U.S. Magistrate Judge
                                                                              *Printed name and title*

USAO: 2022R00716 - WDWA

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 2:22-mc-00060-SKV | Date and time warrant executed: 07/18/2022 15:00 Pacific Time | Copy of warrant and inventory left with: See below |
|---|---|---|
| Inventory made in the presence of: | Vinh Hoang (Special Agent) | |
| Inventory of the property taken and name of any person(s) seized: | See below. On 7/18/2022, five digital devices were shipped to HSI Denver. They were later received by HSI Denver. | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

7/28/2022

Date: 07/28/2022

Executing officer's signature

Dylan Critten / Special Agent

Printed name and title

USAO: 2022R00716 - WDWA

## ATTACHMENT A

The Subject Devices, set forth in Attachment B, are currently stored in evidence at the office of Homeland Security Investigations, Blaine, Washington, located at 1380 Commerce Place, Ferndale, Washington.

Attachment A - 2022R00716 - WDWA

## ATTACHMENT B

## Subject Devices

1. Apple iPhone 11 named "Ensight's iPhone"

    Serial Number GV4DN3AFN735

2. Apple iPad named "Dhruv's iPad"

    Serial Number GG7CRFMNMF3Q

    IMEI 356809115582243

3. Apple MacBook Pro

    Serial Number C1MN6DZHDTY3

4. SanDisk branded 16GB thumb drive

5. Unbranded USB 3.0 thumb drive