Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br><br>Apple iPhone 11, Apple iPad, Apple MacBook Pro, SanDisk, branded 16GB thumb drive, and Unbranded USB 3.0 thumb drive | NO. 22-mc-00060-SKV<br><br>GOVERNMENT'S MOTION TO UNSEAL REDACTED SEIZURE WARRANT, RELATED MATERIALS AND [PROPOSED] ORDER |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Martha A. Paluch, Assistant United States Attorney, who was conditionally admitted and qualified to practice as an attorney in the Western District of Washington as of June 24, 2022, requests entry of an order unsealing the seizure warrant, application, and affidavit in support ("seizure related materials") filed in the above captioned matter. The Court previously directed that the seizure warrant related materials be sealed at the government's request.

The law provides that seizure warrant related materials may remain under seal during the pendency of an investigation. *See* U*nited States v. Custer Battlefield Museum*, 658 F.3d 1188, 1192-93 and 1196 (9th Cir. 2011). In addition, the government may seek an order continuing to maintain the materials under seal even after the return of an indictment or the closure of an investigation based on compelling reasons. *Id. at 1195*.

UNITED STATES' MOTION TO UNSEAL - 1
NO.  22-mc-00060-SKV
2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Those reasons can include the need to (1) protect the identity and safety of witnesses, (2)
2  protect the integrity of other investigations, (3) avoid risk of flight, tampering with
3  witnesses, or destruction of evidence, (4) protect a national security concern, (5) protect a
4  matter occurring before the grand jury, (6) protect victims, or (7) protect the safety of the
5  target of the investigation.
6         Upon review of the files in this matter, the seizure warrant was executed, all
7  defendants have been arrested and have appeared in the District of Colorado, and the
8  government has determined there is no longer a compelling reason to maintain the
9  materials under seal and respectfully requests entry of the attached order.
10        DATED this 28th day of July 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorneys
Chief, Economic Crimes
United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0353
E-mail: Martha.paluch@usdoj.gov

UNITED STATES' MOTION TO UNSEAL - 2
NO.  22-mc-00060-SKV
2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970