Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN THE MATTER OF THE SEARCHES OF Apple iPhone 11, Apple iPad, Apple MacBook Pro, SanDisk, branded 16GB thumb drive, and Unbranded USB 3.0 thumb drive | NO. 22-mc-00060-SKV [~~PROPOSED~~] ORDER TO UNSEAL THE SEIZURE WARRANT AND RELATED MATERIALS |
|---|---|

**ORDER**

Based upon the government's Motion, and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the seizure warrant, application, and affidavit previously filed under seal in the above-captioned matter shall be UNSEALED.

DATED this 28 day of July, 2022.

_____
Bryan A. Tsuchida
United States Magistrate Judge

Presented by:

*s/ Martha A. Paluch*
MARTHA A. PALUCH
Assistant United States Attorney

UNITED STATES' MOTION TO UNSEAL - 3
NO.  22-mc-00060-SKV
2022R00716 - WDWA

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970